JEAN JONES v. WILLARD JONES

No. 738DC598

(Filed 12 December 1973)

APPEAL by defendant from *Nowell, Chief District Judge,* at the 20 December 1972 Session of WAYNE County District Court.

From judgment rendered therein, the defendant appealed.

*Dees, Dees, Smith, Powell & Jarrett by William L. Powell, Jr., for plaintiff appellee.*

*Barnes & Braswell, P.A., by Henson P. Barnes for defendant appellant.*

CAMPBELL, Judge.

After the filing and docketing of the record in this case, no briefs were filed, and accordingly, this Court, *ex mero motu,* dismisses the appeal.

Judges BRITT and VAUGHN concur.